UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ZION Alexander

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

REC'D IN PRO SE OFFICE
DEC 4 '24 AM 10:39

-against-

THE CITY OF New York,
OFFICER, Delores MOSAURIE TA,
DAMIR, MUJAHODZIC,
ADA, CATINELLA, DANIELLE

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

1:24-CV-8083

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓    NO _____

I.   **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.   **Name of plaintiff** Zion Alexander

If you are incarcerated, provide the name of the facility and address:

G.R.V.C, 09-09 HAZEN STREET, Queens EastElmhurst, NewYork, 11370

_____

Prisoner ID Number: 4412303527

1

If you are not incarcerated, provide your current address:

N/A

Telephone Number: N/A

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

THE City oF New York
Full Name

City oF New York
Job Title

City of New York City.
Address

Defendant No. 2

DELORES, MOSAURIETA
Full Name

Police oFFicer
Job Title

THE 108th present, Long Island city.
Address

Defendant No. 3

DAMIR, MUJAHODZIC
Full Name

Building Manager
Job Title

10-46, Drive, long Island city, 11101

2

Address
_____

Defendant No. 4

**[ADA] CATINELLA, DANIELLE**
Full Name

Queens County Assistant District Attorney
Job Title

225-01 Queens Boulevard, Kew gardens
New York, 11415
Address

Defendant No. 5

_____
Full Name

_____
Job Title

_____

_____
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? These Claims Arised Out of Queen County, Long Island city pretaing to AN Arresset on 20-46 Drive Long Island city 11101

When did the events happen? (include approximate time and date) The Events Appox Happened on the date oct, 19th, 2023 At Arriwal 12:15am

3

Facts: (what happened?) _Please See Attached pApper Work, please and Thanks._

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Several violations To my Federal and civil rights, Loss of wages, unlsal punishment, Harassment etc ... - pretain To Attached pApper work

Argument to Add/Amend To CASE 1:24-CV-8083

I Zion Alexander, wishes To respectfully Ask
The Court, TO AMEND my Claim (1:24-CV-8083)
And update my Argument, Claims and, add defendents with
A few attached Exibits, with all due respect, For the
reasons of Time Constraints with me dealing with a pending Criminal matter,
with my liberty At restraint. Its very time constraing to obtain my
Discovery papper work from Criminal matter to oppose And Show As
Evidence In this matter Thankyou so much. May you Also send
A Copy of my orignal complaint please.

To Consider Please:

FEDeral Rule Civil procedure 15(a)

→ Amendment Before Trial -

A party may Amend its pleading once As A matter
of Course No later than:

21 days after serving it, or 21 days After service of Response
or After A motion Rule 12(B),(E) or (F)

Rule 15(a)(2): "Directs A Court to Freely grant leave to Amend
when Justice So requires"

In My Amended Claim I wish to Add [Counts] Against
Defendants: ("If Claim Already exist In original claim, Please Ignore duplicate claims")

Malicious prosecution (i), False Arrest (ii), Fabrication of Evidence (iii),
Failure to intervene (iv), MUNICIPALITY liability under MONELL v Dept of Soc. Servs -
436 U.S 658 S. Ct, Violating article 1§6 (due process article §1).
Failure to train, Supervise and disipline (v)

I wish To Add Defendants, If the CourT So wishesh
To AFFirm my Amendment:

\* NEW Defendants to Add:
~~_____~~; DAMIR, MUJAHODZIC

- A.D.A; CATINELLA, DANiELLE

("To initate A prosecution A defendant must do more than
report the crime or Give testomony He must play an active **role**
in the proseeution Such a Giving Testomony or importing the Authoritis)
To ACT
(Please see. Rohman V. New York city Transit Authority 214 F.3d At 230)

- ① Relating to \*New Defendants\*
- The witness From Queens suprem ct matter ("DAMiR, MUJAHODZIC")
Is the only ("Complaing witness") of matter, who Is NOT the Actual
Owner/Dweller oF Dwelling He Contends to protect, But Falsly Anses
A Felony Complaint of Apt 306, And is NOT An direct witness Either.
But Continued to Complain to Arresting officer (DELORES, MOSAURIETA who
gave to ADA (DANiElle, CATiNELLA) who then and should have
known About faulty Ruling that Came From Testimony of ~~the~~
Complaing witness At the Grand Jury. that also completly lackeel
Any pshsical evidence of A Burglary ~~even~~ taken place, Pocuning
~~Fraud~~ FRAUD (please see. ManbraniELLO V. City oF New York 612 F.3d 149
AS A Result of FRADulent Grand Jury ruling, the Grand Jury's
Ruled That the Complaing witness must Have Been the one

2

who was Burglarized, which Is Inconsistent with the original
Complaint, (changing The Roles From complaing witness to victim.)
Which only could have been done through A Continuous prosecution
with malicious Intent and Malice. Without Father Investigation
The ADA should have been knowlegeable of Error and willing to
FIX issue But Continuously Ignored the Issue Because Thee
States policy ~~also~~ Allows Illegal Arrest to occur. by Allowing the
D.A./ State/ police to Arrest Anyone Against frivolus Hearsay
"Felony Complaints," which lack Any Truth or Facts only "Accusations".
(Please see. Pinsky v Duncan 79 F. 3d 306, 313 (2d Cir 1996)
- The prosecution complained improper wrongful motives or in reckless disregard of plaintiff rights
According to the prosecution they have been $\overset{In}{\wedge}$ Continued communication
To continue and Initate false charges Against plaintiff (Zion Alexander)

Due to the ADA ("DANIELLE, CATINELLA") misconduct , she supported
and releyed on Conclusions that probable Cause was lacking due to the
Grandjury that was held in fraud, A Grandjury Indictment creates a presumption
of probable cause that may be **rebutted** only by Evidence that the indictment
was procured by Fraud, perjury The Suppression of evidence or other
Police Conduct undertaken In Bad Faith.
(Please see. Buari, 530 F Supp. 3d at 384) Quoting (Maganiello, 612, F3d at 162)

I Also Continued to Show ample evidence to
Continue this matter under Any Federal rule that permits
eventhough my Criminal matter has not Rule Yet
In My FAVOR (Disposition) BASed on Its Continuance
should have halted (stopped) For the reason That
My Criminal matter may Be rendering under Faulty Indictment

I positivly In other words state that the Indictment Indireetly Charging me Against MR. DAMIR, MUJAHODZIC, who originaly Stated Nothing About Bein the Actual victum of A Burglary, which In this case would make the felony Complaint that orginaly Incarcerated me Invalid. what happened to the orginal victum ("ABDUL, Jared : Owner & Dweller of Apt 3G6)? why did the Indictment Rule and only charge me Against "DAMIR, MUJAHODZIC", with Burglary In the First two Counts If His Testimony and Role was a Complaining witness, Standing For the victiums (Behalf) ~~Nothing~~ Please note (ABDUL) The original victum of Said Burglary, never testifyed At Grandjury or Initiated A Complaint Against me In the First place?

BASED on These FACTS, My Criminal matter (Zion Alexander v People Ind. 74017) Should not Have Continued on A Fraudulent Indictment In other words defective § C.P.L 210.20 The ADA Role In This Is Deliberate on the FACT that They should have known of this Error and prevented it. So I HAVE No other Choice to belive In the delberate Indifferent care and Approch of the case. I pray and hope this Court will belive such As true and Move on To the Next stage of proceding; eventhough my Criminal matter is still Pending. IF My Queers ADA, would have dismissed the indictment on these factual Errors, the proceedure would have disportioned in My Favor. Finially I wish to Adopt this Argument In total and add it to my Current Claim IF the honorable Justice, so Allows it. Yes I ~~already exedency so~~ only wish to Adopt this Claim and add it to my already existing Claim (1:24-CV-8083) For these claim Co-Respond with eachother and Relevant to the original, ~~Forgive~~ me for I Plead for ~~Courtousey~~ of the Court. Respectfully.       Zion (Plaintiff) 4

OTHER FACTS To Consider
1:24-CV-0083                    11/16/2024

(PLEASE Also SEE. BERTuglia, 839 F Supp. 2d AT 739)
- Where A Assistant district Attorney Commits misconduct
Before A Grandjury that Results In AN Indictment Based on Insuficant
Evidence, or Violates their obligations under Brady those Actions
will frequently result in the violation of citizens Consitional Rights
      (See Buari V City of New York 530 F Supp 3d 356)
In ~~Bertugly~~ Buari, He Alleges the Bronx DA officals
plainly knew To A moral Certinty that ADA's would make
probable Cause Assesments offer Testimoninal, Evidence in Court
Confront false or Misleading testimony and acquire Brady which
are the Basic Jobs of the ADA'S Job E Buari pleadeel a failure
By the Bronx "DA to train, disciple and Supervise, Releying on
plausibly Alleging deliberate Indiffrence Theory ]

                              Based on Superfical overwhelming facts
- This case ~~jumely~~ belive ^ is Similar to me which
Arresting officer witheld Evidence of Innoce then Releyed
and gave ADA, Contridictory testimony, herself and from DAMIR,
whom Altogather still Continued to presente me, Her
Involement proves Alone that the ADA In my Case Also
knew to A moral Certinty of Errors, which All ARE the
prosecution deliberate plan to Incarcerate me against my will
to Sobstage My Chratere and Liberty Illegally- which is
A Direct Infrigement of Consitutional Rights E.Tc.... 4th Amendents...
Dueprocess ...... Etc All Above- At the Same time seriously
Effecting My Right to A ("Fair Speed trial / Face trial")

                         5

Approx: Dates And Times: of matter

The two Defendents I wish to ADD to my original claim ("1:24-CV-8083") who ARE Queens County ADA ("CATINELLA, DANIELLE") And ("DAMIR, MUJAHODZIC") Are defendants that Arose from my Queens Suprem Court matter (People V Alexander) Ind # 74097-23/001, (Docekt # CR-050633-23QN), The two defendants initiate started A prosecution Against me Appox: on OCTober 16-19th, 2023 (12:15Am) By Building manager of 10-46 44 Drive, County of Queens Newyork, 11101 who's Name is "DAMIR, MUJAHODZIC", made and signed Frivolus Felony Complaint Errorsly Against A Dwelling that Not H3, where He Continued to Erge the ADA, "CATINELLA, DANIELLE" To maliciously Prosecute, plaintiff "Zion, Alexander", By with-drawing Exculpatory Evidence From bein presented At GrandJury to Ratify and Coherce, fraudulently Rule out AN Indictment In Her FAVOR. For Exsample NOT showing the GrandJury the Body Cam Footage of Apprehension that Cleary showed the Exculpatory Evidence.... ETC.... NYS Identification cards of possible multiple suspents, Errosly misIdentifying and Arresting Zion Alexander (plaintiff) As one of thoes multiple suspectes under the name "Denzell, Alexander" and Other Important facts like the Credit cards originally bein reported stolen From A CAR NOT victims, "House/Dwelling" Please Request and see Discovery From (People V Alexander #74097/E3 001) [Body Cam Footage] All which went Against my FAVOR, where ADA may Have Been Carring out her Job duty's, She should HAve known OR knewn of "False and Fraudulent" Testimony/evidence Because the Bodycam Cleary show it and MR. Damirs COMMON Inconsistant testimony Aguist orginal Complaint, I Hold the Queens ADA fully Liable of Her knowing Actions who Hide And releys ON The state of Newyork Faulty policy's that Allows one to Be Arrested for A Jury decision, BAsed on Accusatory Instrument that bears NO merit!

6

Other FACTs to Consider : Continued     11/16/2024

- By releying on the states faulty policy The ADA Also plays A Role Is deneying me A Fair Trial (My Federal Right) and violates My Constitution Right of Due process while the state failure to Train,Supervise and disciple prosecutors Is A direct result from A By Indirectly/directly Allowing NYS To prosecute on Faulty Felony complaints ("or what ever other policy that just deem proper")

And For Defendants role "DAMIR, MUJAHODZIC" who started the False Arrest By going out His way to falsey report About A Burgulry on victims behalf. Violating Due process and Fair rules rights By fraud and False Arrest to delibery deprived my liberetey and life without Fair due process (Constitutional rights) For His personal reasons. Dating From oct 19th to Today (current date

Eventhough this §1983 Claim Arose out of A Pending criminal matter (Alexander, zion v The People 74097-23/001) which the disposition maynot Be ruled yet, I Ask this court to consider my Actual Innocence on A Rebuttal FACT of Fraudulent Goard Jury and Faulty Inductment §210.20 proceeding that would of Stop my case by dismissal on these Grounds therefreley ruling A Favorable disposition of criminal matter.

Please SEE (Banci, 530 F supp.3d at 384) quoting (maganiello, 612, F8d at 162)

Please SEE (Ricciuti V NYC Transit Authority 124 F3d. 123,130 (2nd Cir 1997)

Please See (People V VELEZ , 131 AD3d A 133)

Respectfully
Alexander, Zion

My motions To Consider       11/16/2024

I Respectfully with my upright Seldom Inquisites
Inquire The court to practally and Respectfully
Seek out My Motion of A "TRO".

I peacefully Ask for This court to Grant A "TRO"
BASED on the "Extraordinary Circumstances Exception" In with
"The BAD Faith Exception", To the "Younger Abstention doctrine"
please see (Jackson Hewitt Tax serv. Inc v kirkland 455 App8 16,18 (2d cir 2012,

The STATE/DA/my arresting officer  only seeked to fulfill their
Job quota By Anymeans nessesary by Seeking out "poor minorities"
who may Not Afford representation and who Fight everyday To simply
exist, By Abusing Accusatory Instruments To the fullest And simply
Arresting the Accused/The plaintiff, knowing that Such Accusatory
Instrument only BEARED "Hearsay" Testimony. Where Everyday Battle
The plaintiff Is HArased By Illegitimate Motives that goes
Against "Justice" and New York STATE policy (By violation The NYS
police "protect and serve" Rule) where my Arresting officer knowingly
withheld exculpatory Evidence and Forwarded report To ADA To
Fulfill her Job duties "Taintedly". I most Seemingly SEEk out
A Tangable Remedy To Combat this Error BEfore A Jury,
To Hopefully Catch the Problem Early on. But NY CPL Seems
To NOT BEAR Any rule To Allow To Bring up to Contest
(False Arrest, Faulty Indictment procured by Fraud, Malicious prosecution,
Malice, Fabrication of Evidence ... Etc.) These Errors Early on or
When they May HAve occured. In This Case It Happened Before

A Disposition of a Case. New York Constantly Expects It's Citizens and Accused to "Continue on the matter regardless of The Violation, before one MAY may Contest Anything. (Appeals and exhaust All possible remedy's) This should not Alway Be the case, where In my case, It's Cleary Evident The Errors occured To Hide my Innocene, where one State/DA/A.O Can manipulate the outcome Agwinst my FAVOR, to meet Their Quota relisting In a EASY win on their End, which Theirin It's self Is A violation of A Fair Trial, one Should NEVER wait, To Correct A Error of Anylaw, AT Any Comencement of A Criminal matter, It would Be unconstetional In it's self, To Continue to overlook such things. "wrong Is wrong", "FACT Are FACTS", IF Any party Is Seeking To Rule out a Ruling By Fraud and malizious Intent of Any kind shall Be Held resposeable for their Actions or Atleast FIX them, Then and Their NOT Later. So I Ask the Court To openly How Ever they seem Just or proper, Intervine In my pending Criminal matter, Held AT 125-02, Queens, BLVD Kew Gardes, Supreme court of Queens County 11415 (Indictment #74097-23/001) To stop the Suffering That this Federal Court Can Prevent.

please SEE (Diamond "D Constr. Corp V MEGowan Alexander, 282 F3d 191 (2nd Cir 2002)
please see (Trainor V HERNANDEZ, 431 US 434, 441,42, 97 S Ct 1911
52L ED 2d 486 ¶ N 7 (1977)
A Continuation of my Criminal matter would definitely Result In malizious prosecution or worse + wrongful Conviction ··· ETC
The Grand Jury was already procured By Improper refrences

And Fraud by deception leading By the ADA. where
Lack of Evidence to Constitute: A Burglary were shown.
Also False Testimony From DAMIR was Also presented,
In the Grandjury charged me Indirectly Against the
Complaining witness "DAMIR" whos not the tenant or
victim In the Immidiate case. All these Fact have
happened Against The plaintiff, which constituted A
Fraudlucent, Invalid Indictment (Lack of probable cause
To Commence A prosecution) so By proving the Lack
of probable cause And deliberate Cauntinuation of prosecution
Knowly, Is A Rebuttal It's self to Cover And
Allow A Higher court /Federal court To Intervine to
Stop The injustice that Already happen and preserve Any
rights left to plaintiff By Intervineing In the Name
Of Justice. There on I Respectfully Ask the courts
For A Grant of my Motion, Thankyou

_Zson Aherbe_
Plaintiff

I ZION Alexander, (plaintiff) Highly states The Needing OF A FEDERAL "TRO" To Halt my pending Criminal matter In Queens Supreme Criminal Court (people v Alexander) InD # 74099-23/007 Due, To It's Exsistince Causing Me Irreparable Harm that Could unjustly Strip him of his Federal and Civil rights by deferrations, And Highly discrimatory Actions by The Arresting officer, ADA, Complaining witness and more. Also As A "Habeas Corpus petitioner", that alleges a violation of (1st Amend), Fourth and Fifth AMENDment's , § 190.50 Violation where my waiver of Grandjury was procured By Fraud and Against my will. where their in the ADA went out of her way To Falsely lead Grandjury to rule out An obvious False/fraudulent Indictment Against the Lacking Evidence to Fully satisfy and secure/consituting The Element of Burglary 2nd, Thus Creating "Extraordinary Circumstances, where A Eminit Cure Is Extengintly Needed To Halt such Bad Faith proceeding From Continuing. please SEE (people v SOSA, 2021, NY Slip Op 50519 [U] App term 2d Dept. 2021)

I Plantiff Bring This Argument In Hopes of Through this districts Court Relife, TO Appoint me A Special Master to oversee my Pending Criminal matter, OR Othe Remedy Deemed Appropriate By Said Justice, FoR Halting This "Judicial Hopscotch." Please see James v Bellotti, 733 F.2d 989, 993-94 (1st Cir 1984)
Thankyou so much,

Respectfully,

Zion Alexander

Exhibit "A"

Is The original Complaint, In The state of Newyork, County of Queens. Docket # (CR-030633-23QN)

Please Refer To page #2, second paragraph, Clearly states thad CW: Is DAMIR, MUJAHODZIC, who [Depicts/view] the defendant on OCT 17th, 2023 Enter the living room OF APT #B306, "WHich Is the Residence/Dwellin of Complaint "ABDul, Javed"

Please Refer To Paragraph #1:
"Complaint Damir muyahoDzic who Is A Superintendant OF the ABove mentioned location

Please Refer To page #3, Paragraph #2 Complaint, ABdul Javed Is legal Custodian of Credit cards and Apartment #B306.

EXIBIT A.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
AFFI|1064766|1061041

Q23640552

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK |       STATE OF NEW YORK
                                     |       COUNTY OF QUEENS
                V.                   |
                                     |
        ZION ALEXANDER (24Y)         |
           12541586Y                 |
                                     |
                        DEFENDANT|
                                     |



CR-030633-23QN

POLICE OFFICER DOLORES MOSAURIETA OF 108TH PRECINCT, TAX REG#: 970721,
BEING DULY SWORN, DEPOSES AND SAYS THAT BETWEEN OCTOBER 16 2023 8:50AM
AND OCTOBER 19 2023 12:15AM, INSIDE OF 10-46 44 DRIVE, COUNTY OF
QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 140.25-2 [CF] BURGLARY IN THE SECOND DEGREE
PL 140.20 [DF] BURGLARY IN THE THIRD DEGREE
PL 155.30-4 [EF] GRAND LARCENY IN THE FOURTH DEGREE (3 COUNTS)
PL 165.45-2 [EF] CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FOURTH
        DEGREE (3 COUNTS)
PL 140.15-1 (11/1/2010) [AM] CRIMINAL TRESPASS IN THE SECOND
        DEGREE/DWELLING
PL 155.25 [AM] PETIT LARCENY
PL 165.40 [AM] CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH
        DEGREE

PL 140.25-2 [CF] BURGLARY IN THE SECOND DEGREE
    --- KNOWINGLY ENTER OR REMAIN UNLAWFULLY IN A BUILDING THAT WAS A
    DWELLING WITH INTENT TO COMMIT A CRIME THEREIN;

PL 140.20 [DF] BURGLARY IN THE THIRD DEGREE
    --- KNOWINGLY ENTER OR REMAIN UNLAWFULLY IN A BUILDING WITH
    INTENT TO COMMIT A CRIME THEREIN;

PL 155.30-4 [EF] GRAND LARCENY IN THE FOURTH DEGREE (3 COUNTS)
    --- KNOWINGLY AND UNLAWFULLY STEAL PROPERTY CONSISTING OF A
    CREDIT CARD OR DEBIT CARD;

PL 165.45-2 [EF] CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FOURTH
DEGREE (3 COUNTS)
    --- KNOWINGLY POSSESS STOLEN PROPERTY CONSISTING OF A CREDIT
    CARD, DEBIT CARD OR PUBLIC BENEFIT CARD WITH INTENT TO BENEFIT
    HIMSELF OR A PERSON OTHER THAN THE OWNER THEREOF OR TO IMPEDE THE
    RECOVERY BY THE OWNER THEREOF;

PL 140.15-1 (11/1/2010) [AM] CRIMINAL TRESPASS IN THE SECOND

13

AFFI|1064766|1061041

ALEXANDER,ZION Q23640552

DEGREE/DWELLING
--- KNOWINGLY ENTER OR REMAIN UNLAWFULLY IN A DWELLING;

PL 155.25 [AM] PETIT LARCENY
--- KNOWINGLY AND UNLAWFULLY STEAL THE PROPERTY OF ANOTHER;

PL 165.40 [AM] CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH
DEGREE
--- KNOWINGLY POSSESS STOLEN PROPERTY WITH INTENT TO BENEFIT
HIMSELF OR A PERSON OTHER THAN THE OWNER THEREOF, OR TO IMPEDE
THE RECOVERY BY AN OWNER THEREOF.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

① DEPONENT STATES THAT SHE IS INFORMED BY COMPLAINANT DAMIR MUJAHODZIC,
WHO IS A SUPERINTENDENT OF THE ABOVE MENTIONED LOCATION, THAT HE HAS
REVIEWED SURVEILLANCE VIDEO THAT DEPICTS THE DEFENDANT, ZION
ALEXANDER, ON OCTOBER 16, 2023, AT APPROXIMATELY 10:44PM, OPEN THE
DRIVER'S SEAT DOOR AND TRUNK OF A PARKED 2019 WHITE TOYOTA MOTOR
VEHICLE, LICENSE PLATE # JHB9412, IN THE PARKING GARAGE OF THE ABOVE
MENTIONED LOCATION, RUMMAGE THROUGH SAID VEHICLE, THEN WALK AWAY FROM
SAID VEHICLE.

② DEPONENT FURTHER STATES THAT SHE IS INFORMED BY COMPLAINANT DAMIR
MUJAHODZIC THAT HE HAS REVIEWED SURVEILLANCE VIDEO THAT DEPICTS THE
DEFENDANT, ON OCTOBER 17, 2023, AT APPROXIMATELY 8:50AM, ENTER INTO
THE LIVING ROOM OF APARTMENT #B306 OF THE ABOVE MENTIONED LOCATION
THROUGH SAID APARTMENT'S FRONT DOOR, WHICH IS THE RESIDENCE OF
COMPLAINANT ABDUL JAVED.

③ DEPONENT FURTHER STATES THAT SHE IS INFORMED BY COMPLAINANT DAMIR
MUJAHODZIC THAT HE HAS REVIEWED SURVEILLANCE VIDEO THAT DEPICTS THE
DEFENDANT, ON OCTOBER 17, 2023, AT APPROXIMATELY 9:28AM, EXITING THE
STAIRWELL AND WALKING INTO THE LOBBY OF THE ABOVE MENTIONED LOCATION,
THEN EXITING SAID LOBBY THROUGH THE FRONT ENTRANCE.

④ DEPONENT FURTHER STATES THAT ON OCTOBER 18, 2023, AT APPROXIMATELY
10:50PM, SHE OBSERVED THE DEFENDANT LAYING DOWN AND SLEEPING IN THE
LIVING ROOM OF APARTMENT # B602 INSIDE THE ABOVE MENTIONED LOCATION.

⑤ DEPONENT FURTHER STATES THAT SHE RECOVERED ONE (1) DISCOVER CREDIT CARD,
TWO (2) CAPITAL ONE CREDIT CARDS, AND ONE (1) CHASE BANK CREDIT CARD, AND
ONE KEY THAT UNLOCKS APARTMENT #B306 ON THE KITCHEN COUNTERTOP NEAR
WHERE THE DEFENDANT WAS OBSERVED LAYING DOWN INSIDE APARTMENT # B602.

⑥ DEPONENT FURTHER STATES THAT SHE IS INFORMED BY COMPLAINANT DAMIR
MUJAHODZIC THAT HE IS A LEGAL CUSTODIAN OF THE ABOVE MENTIONED BUILDING,
INCLUDING APARTMENTS # B602 AND B305, THAT ON THE ABOVE MENTIONED
DATES APARTMENT # B602 WAS VACANT, THAT ON A DATE PRIOR TO OCTOBER 16,
2023 HE TOLD THE DEFENDANT HE WAS NOT ALLOWED INSIDE THE ABOVE MENTIONED
LOCATION AND THAT THE DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY
TO ENTER SAID LOCATION, INCLUDING THE ABOVE MENTIONED APARTMENTS, OR
REMAIN THEREIN.

14

AFFI|1064766|1061041

ALEXANDER,ZION  Q23640552

① DEPONENT FURTHER STATES THAT SHE IS INFORMED BY COMPLAINANT ABDUL JAVED THAT HE IS A LEGAL CUSTODIAN OF THE ABOVE MENTIONED MOTOR VEHICLE AND KEY, THAT AT APPROXIMATELY 11:00AM ON 10/17/2023 HE OBSERVED THAT SAID KEY WAS MISSING FROM INSIDE SAID VEHICLE, AND THAT THE DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO TAKE, REMOVE, POSSESS, OR EXCERISE CONTROL OVER SAID MOTOR VEHICLE AND KEY.

② DEPONENT FURTHER STATES THAT SHE IS INFORMED BY COMPLAINANT ABDUL JAVED THAT HE IS A LEGAL CUSTODIAN OF THE ABOVE MENTIONED DISCOVER CREDIT CARD, CAPITAL ONE CREDIT CARDS, AS WELL AS APARTMENT # B306 IN THE ABOVE MENTIONED LOCATION, THAT ON 10/17/2023 AT A TIME PRIOR TO 8:50AM HE OBSERVED THE ABOVE MENTIONED CREDIT CARDS INSIDE A DRAWER INSIDE SAID LOCATION, AND THAT THE DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO TAKE, REMOVE, POSSESS, OR EXERCISE CONTROL OVER SAID ITEMS, OR HAVE PERMISSION OR AUTHORITY TO ENTER INSIDE OF SAID APARTMENT, OR REMAIN THEREIN.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

10/19/23  _____
DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____
DATE        SIGNATURE

15

# Exhibit "B"
## (Grand Jury minnets)

REFER To PAGE #3, Lines (9-10)

Lines 9-10: "Clearly Tells us what the role and who Damir Muhadzic, IS.

Refer To Page #4, Lines (8-10)

Lines 8-10: Tell's us what A Residence Manager does.
          I NOTE, How He does Not Claim he is A victum of A Burglary]

REFER To Page #9 Lines (19-25) AND PAGE #10 (Lines, 1-3)

#9 Lines (19-25): Talk's About A door bein unlock with In this case is
      A vacant Apartment, which does Not cositute A Charge of Burglary 2nd degree

Page #10 Lines (1-3): MR. DAMIR (cw), Explains why He leaves this APT Unlocked,
      possibly Anyone or Anybody Has Access to it theritely.

REFER To PAGE #10, (Lines 12-13)

Lines: (12-13) Explains A lie where I was Not fawnd sleeping
      wearing No Jacket NOR was I wearing Any BookBAG, Also I
      was NoT wearing Any sneakers, when they entered the APT.
          ✱ NOTE You can depac this Allegation By viewing Police Body cam

REFER To PAGE #13 (Lines 18-19) (Lines 21-24)

Lines (18-19): Police officer #6002 Also states me wearin Black Jacket,
          Red BookBag

Lines (21-24): Then She Changes the state-ment to saying The BookBag
      was In Another room to the left.

16

Exhibit "B"
( Grand Jury minuets) # Countinued

REFER To pabe # 18
(Lines 1-25) : Cleary depiftis ABdul Jrheel Never shewed
To Grand Jury , And Never Gave Testimony of
AN Actual Burglary Taken place Against His
Dwelling , APT # B306, I does Howen Claim
The ADA Presented A sword Dispurition of
supporting the theft of His Credit Cards,
which were NOT In my Psysical
Possesion.


Pleas Note In the Copy of this Grand Jury minuts.
That was Given to me Never, Showed or Talked About
An specific Burglary Taken place At All ?, No Evidence of
An Burglay Even was shewed or Depicted of, At All !
It Isnt Even Clear who was the victum of one
If their was A crime of Burglary Beih taken place, Im still
Overly Shocked How An Jury Even Ruled to vote AN
Indictment on A Burglary Charge, unless The ADA, Committed
Fraud by Leading The Jury Improperly, on that NOTE, please
Countinue To Exhibit # C,

```
 1        DAMIR MUJAHODZIC, residing in

 2   QUEENS COUNTY, was called as a witness, having first

 3   been duly sworn, testified as follows:

 4   BY MS. CATINELLA:

 5        Q.   Good morning, Damir.

 6        A.   Good morning.

 7        Q.   Damir, how old are you?

 8        A.   I'm 44.
```

Line  9        Q.   What do you do for a living, sir?

Line 10        A.   I'm a residence manager.

```
11        Q.   Where are you a residence manager of?

12        A.   10-46 44th Drive in Long Island City and also

13   46-09 11 Street in Long Island City.

14        Q.   You mentioned 10-44 44th Drive.  That's in Long

15   Island City, right?

16        A.   Correct.

17        Q.   Can you please describe that building?

18        A.   That building has two towers.  They're pretty

19   much designated, but they do connect through the garage

20   and through the gym.  Otherwise, they're pretty much

21   designated to its own two different towers.

22        Q.   Do those two towers also go by the address of

23   10-46 44 Drive?

24        A.   Yes.

25        Q.   And you mentioned that's in Long Island City?
```

1    A.    Correct.

2    Q.    That's here in the County of Queens?

3    A.    Yes.

4    Q.    And what do you do in you role as -- how would

5    you describe a residence manager?  Residence manager --

6    what are you are duties and responsibilities as a

7    residence manager in that building?

Line  8    A.    I basically maintain the building.  I have a

9    staff on hand, you know, day to day issues that may

Line 10    arise.

11    Q.    As part of your duties, do you maintain and

12    review the video surveillance contained within that

13    building?

14    A.    I do.

15    Q.    And to your knowledge, do those video

16    surveillance cameras maintained within that building --

17    are they fair and accurate in their recordings?

18    A.    Yes.

19    Q.    Do they have timestamps on them?

20    A.    Yes.

21    Q.    Where specifically are there video cameras placed

22    throughout the building?

23    A.    Throughout all of the common areas.

24    Q.    Would that also include the lobby through the

25    garage area as well?

1    A.   Yes.

2    Q.   That building, 10-46 44 Drive, how do you access

3    the inside of the building from the street level?   How

4    do you get in?

5    A.   You have two towers.   Basically through the

6    lobby.

7    Q.   Is there a key or some sort of access card in

8    order to enter the building or --

9    A.   A key fob.

10   Q.   And who has those key fobs?

11   A.   Residents and myself and the staff.

12   Q.   Now, Damir, in line with your duties as a

13   residence manager of the building 10-46 44 Drive, did

14   you review and download video surveillance from the

15   lobby on October 17, 2023 at approximately 9:28 a.m. and

16   the lobby on October 18, 2023 at approximately 10:50

17   p.m. as well as two cameras from the garage area on

18   October 16, 2023 at approximately 10:40 p.m.?

19   A.   Yes.

20            MS. CATINELLA:   And I'm going to deem this

21        marked Grand Jury 1 for identification.

22   Q.   Do you recognize this?

23   A.   Yes.

24   Q.   What do you recognize that to be?

25   A.   The surveillance footage of what I saw earlier in

1    your office.

2        Q.   That video surveillance footage that I just asked

3    you about, the lobby area and garage?

4        A.   Yes.

5        Q.   From those particular dates and times?

6        A.   Yes, correct.

7        Q.   You mentioned that you reviewed that in my

8    office?

9        A.   Yes, correct.

10       Q.   Does it contain a fair and accurate recording of

11   those videos that you reviewed and downloaded from those

12   locations and times?

13       A.   Yes.

14            MS. CATINELLA:  With that, I ask that this

15            be deem marked Grand Jury 1 in evidence.  I'm now

16            going to play what is in the evidence as Grand

17            Jury 1.  I'm going to play the first video

18            contained on the CD labelled Garage North Side

19            October 16, 2023.

20            (WHEREUPON A VIDEO WAS PLAYED.)

21       Q.   Damir, looking at the screen here, can you see?

22       A.   Yes.

23       Q.   Looking at the screen here, what area is depicted

24   here?

25       A.   That's the garage area.

1    Q.   Specifically, what side of the garage area?

2    A.   It's the north side.

3              MS. CATINELLA:  Okay.  I'm going to continue

4         playing this video.

5              (WHEREUPON A VIDEO WAS PLAYED.)

6    Q.   Is there anything at this portion of the video --

7    I stopped it at 17 seconds -- Damir, that caught your

8    attention?

9    A.   Yes.

10   Q.   Can you please tell the members of --

11   A.   The gentleman, he exited the vehicle and also

12   opened up the back gate of the vehicle.

13   Q.   And what -- can you please describe what this

14   individual is wearing?

15   A.   He was wearing a black jacket, a red bookbag and

16   white sneakers.

17             MS. CATINELLA:  I'm going to continue

18        pressing play.  I'm now going to play what's on

19        the CD as Garage South Side, October 16, 2023.

20   Q.   Looking at this video, what is this location?

21   A.   That's entering from tower B in the south side.

22   Q.   In what portion of the building?

23   A.   In the garage area.

24   Q.   Is this just another view of what we just

25   previously saw?

1    A.   Correct.

2    Q.   In a different angle?

3    A.   Correct.

4         MS. CATINELLA:  So now playing that.

5         (WHEREUPON A VIDEO WAS PLAYED.)

6    Q.   And looking at the video that is depicted on the

7    screen here, what is it about him that caught your

8    attention?

9    A.   The outfit that he was wearing.

10   Q.   And what specifically is he wearing here that we

11   can see?

12   A.   I mean --

13   Q.   Do you need to get up and --

14   A.   Can I get a little closer?  Just -- he has the

15   black jacket and the white sneakers and the bookbag.

16        MS. CATINELLA:  Okay.  I'm now playing

17        what's labeled as lobby, October 17, 2023.

18   Q.   Damir, what are we looking at here?  What

Line 19   location?

20   A.   He's exiting the building in tower B.

21   Q.   What location are the buildings that we are

22   talking about?

23   A.   The lobby.

24   Q.   And say he's -- what is this individual wearing

Line 25   in this still image here?

*their completly leading Him on*

1    A.    White sneakers, red bookbag and black jacket.

2          MS. CATINELLA:  Okay.  Pressing play.  Now

3          I'm playing what's labeled as Lobby, October 18,

4          2023.

5    Q.    Damir, what location are we looking at here?

6    A.    Tower A, lobby.

7          MS. CATINELLA:  Pressing play.

8          (WHEREUPON A VIDEO WAS PLAYED.)

9    Q.    Damir, is there anything specific about what this

10   individual is wearing here that caught your attention?

11   A.    He's wearing the same exact outfit as previously.

12   Q.    Damir, I'm going to direct your attention to

13   October 19, 2023 at approximately midnight.  Did you

14   have an opportunity to be inside of the unit B-603 --

15   excuse me, 602, within building 10-46 44 Drive?

16   A.    I did.

17   Q.    And who did you go into that unit with?

18   A.    With the police officers.

19   Q.    Was that door locked or unlocked when you entered    *Line*

20   that unit?

21   A.    The door was locked.

22   Q.    Was that unusual?

23   A.    Yes.

24   Q.    Why was that unusual, that that particular unit

25   was locked?    *Line*

24

Line 1    A.  Well, currently, that's a vacant unit.  So we

2    leave it unlocked for an agent to show throughout the

Line 3    day and everything.   That door is left unlocked.

4    Q.  When you entered into that unit with the police

5    officers, what, if anything, did you observe?

6    A.  I observed an individual.  He was in the living

7    room.  It appeared like he was sleeping and he had all

8    his belongings spread out over the counter top in the

9    kitchen.

10    Q.  What was that individual wearing when you

11    observed him within this unit?

Line 12    A.  He was wearing the jacket, sweatpants and the

Line 13    white shoes.  The bookbag was on the side by the

14    countertop.

15    Q.  Can you please describe what that bookbag looked

16    like?

17    A.  It was a red bookbag.

18    Q.  Now, Damir, as the property manager for that

19    building, are you the custodian for the building and the

20    units within it?

21    A.  I am.

22    Q.  Did you give this individual that was sleeping

23    inside the unit B-602 permission or authority to enter

24    the building?

25    A.  I did not.

1      Q.  Did you, as well, give that individual permission

2  or authority to enter within the unit B-602?

3      A.  I did not.

4           MS. CATINELLA:  I have no further questions

5           of this witness.  Do any members of the jury have

6           any questions?  Seeing no hands and hearing no

7           voices, the witness is excused.  Thank you,

8           Damir, for your time today.

9                (WITNESS EXCUSED)

10

11           MS. CATINELLA:  You will next hear testimony

12           from Police Officer Mosaurieta.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    POLICE OFFICER DOLORES MOSAURIETA,

 2    SHIELD NUMBER 6002, 108 PRECINCT, was called as a

 3    witness, having first been duly sworn, testified as

 4    follows:

 5    BY MS. CATINELLA:

 6        Q.   Good morning, Officer.

 7        A.   Good morning.

 8        Q.   Do you want to hold it?  Like that.

 9             Who do you work for?

10        A.   For the NYPD.

11        Q.   How long have you worked for the NYPD?

12        A.   For almost three years.

13        Q.   Where are you currently assigned?

14        A.   The 108 Precinct.

15        Q.   What is your title within the 108 Precinct?

16        A.   Police Officer.

17        Q.   What are some of your duties and responsibilities

18    as a police officer assigned to the 108 Precinct?

19        A.   I patrol the streets.  I work for midnight which

20    is from 11:15 p.m. to 7:50 in the morning.

21        Q.   I'm going to direct your attention to October 19,

22    2023, at approximately midnight.  Did you have an

23    opportunity to be at 10-46 44 Drive?

24        A.   Yes.

25        Q.   Is that location in Queens County?
```

1    A.  Yes.

2    Q.  What brought you to that location?

3    A.  We had a criminal trespass in progress for a male

4    black wearing a black jacket and red bookbag.

5    Q.  What did you do once you got to that location?

6    A.  I spoke to the superintendent in the building.

7    His name is Damir Mujahodzic.  He indicated that there

8    was someone up in the building.

9    Q.  Where -- withdrawn.

10       Did you and Mr. Damir go anywhere within this

11   building?

12   A.  Yes.  We went to apartment B-602.

13   Q.  And what, if anything, did you encounter -- did

14   anyone -- did you enter into the apartment when you got

15   to the unit?

16   A.  When we got to the apartment B-602, the

17   superintendent opened the door with the key.  And when

Line 18   we opened the apartment, we did see a male black wearing

Line 19   a black jacket, red bookbag.  He was sleeping on the

20   floor.

Line 21   Q.  You mentioned there was a red bookbag?

22   A.  Yes.

23   Q.  Where was it?

Line 24   A.  It's was in the next room on the left.

25   Q.  Within that unit?

1    A.   In that unit, yes.

2    Q.   And did you observe any credit cards on the

3    counter in that unit?

4    A.   Yes.  In the kitchen area there were several

5    credit cards, one indicating -- one Capital One, Chase,

6    a Discover card.

7    Q.   Do you recall whose name was bearing on those

8    credit cards?

9    A.   Yes.

10   Q.   Whose name was that?

11   A.   Abdul Javed.

12   Q.   Did you also observe a key on the counter inside

13   of that location?

14   A.   Yes.

15   Q.   Do you recognize who that key belonged to?

16   A.   Yes.

17   Q.   Where --

18   A.   It was belonging to apartment 3 --

19   Q.   Would it help to look at your --

20   A.   Yes, thank you.

21   Q.   Does the unit B-306 ring a bell?

22   A.   Yes.

23   Q.   So that key, you said, went to unit B-306?

24   A.   Yes.

25   Q.   That unit, was that that within the same building

1    that you were in?

2       A.   Yes.

3       Q.   Did you ever learn the individual's name who you

4    found sleeping in unit B-602?

5       A.   Yes.

6       Q.   What was that individual's name?

7       A.   Alexander Zion.

8       Q.   Did you also eventually learn that individual's

9    date of birth?

10      A.   Yes.

11      Q.   Can you please tell us what his date of birth is?

12      A.   July 16, 1999.

13      Q.   I'm sorry, Officer.  Can you just tell us who the

14   credit card had the name bearing on them, please?

15      A.   Abdul Javed.

16           MS. CATINELLA:  Okay. Thank you.  I have no

17           further questions of this witness.  Do any

18           members of the jury have any questions?  Seeing

19           no hands and hearing no voices, the witness is

20           excused.  Thank you, officer.

21                    (WITNESS EXCUSED)

22

23

24

25

Line 1    MS. CANTINELLA:  First, I am deeming this
2    marked Grand Jury Exhibit 2 for Identification.
3    It is the Supporting Deposition signed by Abdul
4    Javed, dated 10/24/2023 and the sworn affirmation
5    at the bottom read as follows:  False statements
6    made herein are punishable as a Class A
7    Misdemeanor pursuant to Section 210.45 of the
8    Penal Law.
9        With that, I deem this Grand Jury Exhibit 2
10    in Evidence and I will read in pertinent part.
11    It is entitled People of the State of New York
12    against Zion Alexander.  Indictment number
13    2187/2023.  I am Abdul Javed of 10-46 44 Drive,
14    apartment B306, Queens County, New York 11101,
15    being duly sworn deposed and say that on October
16    16th through 18th 2023, I was the owner of the
17    following described property:  One Capital One
18    credit card, one Chase credit card, one Discover
19    credit card, one key to apartment B306 of 10-46
20    44 Drive, Queens, New York 11101.
21        That the defendant did not have any right to
22    possess -- to the possession of said property
23    superior or equal to mine.  Again, signed by
24    Abdul Javed, that is Grand Jury Exhibit 2.  That
Line 25    concludes the evidence that you will see and hear

Please REFER TO PAGE #2, ("First Count") & ("Second count")

: As you can see the only two Courts on my Indictmet officially Charges me dineetly Against The (CW) "DAMIR, MUJAHODZIC Which supports my Claim that my whole Indictment or atleat The first two Charges Is Invaplid. How Could it possibly Be A Burglary Against someone who never complaint, Testifyed About A Burglary In the first place? As you can see now From the Grandjury minnets He Testifyed that he is A Simple Building manager who claimed To Be Some sort of witiness of A Burglary, A Burglary that in this case, Never Happened Dineethy Agandt him or His Dwelling personally. So How/why, Do or why would, A Jury Belive In Something that NEVER Happened To Vote out Against All Faets?

This Indictment should Have been dissmissed Based on Lack of Evidence To Support Burglary 2nd Degree.

EXHIBIT C

PAGE 1

S U P R E M E   C O U R T   O F   T H E   S T A T E   O F   N E W   Y O R K
C O U N T Y   O F   Q U E E N S

------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

        AGAINST

ZION ALEXANDER - VFO
    DEFENDANT
      CR-030633-23QN
        NYSID# 12541586Y

                |  FILED:
                |  INDICTMENT NO. 2187/2023

------------------------------------------

PL 140.25-2    BURGLARY IN THE SECOND DEGREE (1-2) 2
PL 155.30-4    GRAND LARCENY IN THE FOURTH DEGREE (3-5)
PL 165.45-2    CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE
               FOURTH DEGREE (6-8)
PL 140.15-1    CRIMINAL TRESPASS IN THE SECOND DEGREE (9)
PL 155.25     PETIT LARCENY (10)
PL 165.40     CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE
               FIFTH DEGREE (11)

A TRUE BILL

-----------------------------------------        DISTRICT ATTORNEY
FOREMAN

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF BURGLARY IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT OCTOBER 16, 2023 IN THE COUNTY OF QUEENS, KNOWINGLY ENTERED OR REMAINED UNLAWFULLY IN THE DWELLING OF DAMIR MUJAHODZIC WITH THE INTENT TO COMMIT A CRIME THEREIN.

## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF BURGLARY IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 18, 2023 AND OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, KNOWINGLY ENTERED OR REMAINED UNLAWFULLY IN THE DWELLING OF DAMIR MUJAHODZIC WITH THE INTENT TO COMMIT A CRIME THEREIN.

## THIRD COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF GRAND LARCENY IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, STOLE A CHASE CREDIT CARD FROM ABDUL JAVED.

## FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF GRAND LARCENY IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, STOLE A DISCOVER CREDIT CARD FROM ABDUL JAVED.

## FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF GRAND LARCENY IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, STOLE A CAPITAL ONE CREDIT CARD FROM ABDUL JAVED.

## SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, WITH INTENT TO BENEFIT HIMSELF OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF, KNOWINGLY POSSESSED STOLEN PROPERTY AND THE PROPERTY CONSISTED OF A CHASE CREDIT CARD, OWNED BY ABDUL JAVED.

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT,

ACCUSES THE DEFENDANT OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE

FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND

OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, WITH INTENT TO BENEFIT HIMSELF

OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY

AN OWNER THEREOF, KNOWINGLY POSSESSED STOLEN PROPERTY AND THE PROPERTY

CONSISTED OF A DISCOVER CREDIT CARD, OWNED BY ABDUL JAVED.

Repettive                    EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT,

ACCUSES THE DEFENDANT OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE

FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND

OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, WITH INTENT TO BENEFIT HIMSELF

OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY

AN OWNER THEREOF, KNOWINGLY POSSESSED STOLEN PROPERTY AND THE PROPERTY

CONSISTED OF A CAPITAL ONE CREDIT CARD, OWNED BY ABDUL JAVED.

## NINTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT,

ACCUSES THE DEFENDANT OF CRIMINAL TRESPASS IN THE SECOND DEGREE

COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT OCTOBER 17, 2023 IN THE COUNTY OF

QUEENS, KNOWINGLY ENTERED OR REMAINED UNLAWFULLY IN THE DWELLING OF

DAMIR MUJAHODZIC.


## TENTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT,

ACCUSES THE DEFENDANT OF PETIT LARCENY COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND

OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, STOLE PROPERTY, TO WIT: A

KEY FROM ABDUL JAVED.

ELEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT,

ACCUSES THE DEFENDANT OF CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE

FIFTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN OCTOBER 16, 2023 AND

OCTOBER 19, 2023 IN THE COUNTY OF QUEENS, WITH INTENT TO BENEFIT

HIMSELF OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE

RECOVERY BY AN OWNER THEREOF, KNOWINGLY POSSESSED STOLEN PROPERTY, TO

WIT: A KEY, OWNED BY ABDUL JAVED.


MELINDA KATZ
DISTRICT ATTORNEY

plaintiff (ZION, Alexandea)

I's Filing/seeking, AN Emergency Injunction As related to the pending Criminal matter In Supreme Criminal court, Due To Be Have Been Effected By Irrirapable Harm caused By Direct violation of Criminal Proceeding, which Is why the "Emergency Injunction" Is Needed. With Hopes that this Court will Balance The Equities of my Argument, FOR I'm Not A violent person, who Never committed An violet Act and their fore It's Not In the public Intrest to keep my Liberty In Bodage. My First Amedment HAve Bein Harngely effectuted By The Criminal matter Injustice please Consider 28 U.S.C.S §1441 (c) To Hopfully rule out In my FAVOR.

In my personal opinion, The Courts of Criminal proceeding HAve procluded A defective Indictment, Used False statements, plragasly withheld evidence, Denied ALL my Aruguments/MOTIONs, will Not Allow me to Excuse/Fire my lawyer who is Ineffective and predjudice Against me, All constitutes my Right. the Judge Aven wont let me excercise my rights To represent my self willingly, Please NOTE I've Been trying To Fire my Lawyer for over 6 months Knowingly and willing on the record Too. I've Singly Exhausted almost Everything At the pretrial stage In order To Attempt to preserve my Right to A FAIr trial ✓

2of2

Personal opinion.

But I unfortunatelty Beline That would NOT Be the Case for Me, The Courts/DA Refuses to Inform the defendant (plaintiff) The reasons for their denial of All motions ske tried to Raise, NY do not have A policy/remedy For this immidicte Esake Is yet Another reason why I ASK this court to Inject Into the proper pending Criminal matters For It may Continue If AN Injdation does not occur.

I Also would like To Aske this Court For It's paticenes and True and Fair Decision of my wishes . . . . . .

Thankyou

Zion Alexander    11/16/2024

(plaintiff)

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

$3,000,000 dollars, New policy on Arrest that would Require A certin Amount of Facts and Evidence Instead of Hearsay Testimony Before an arrest may be started, An Injunction Relife, In to A Emergency pending matter In state court, Fire Anyone Held liable for malicous prosecution, and what ever Else The Courts may Just deem proper.

I declare under penalty of perjury that on **11/26/2024**, I delivered this
                                                        (date)
complaint to prison authorities at **GRVC**                           to be mailed to the United
                                        (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **11/26/2024**

_____
Signature of Plaintiff

_____
Name of Prison Facility or Address if not incarcerated

_09-09 Hazen street, East Elmhurst,_
_Queens, New York, 11370_
Address

_441 2303517_
Prisoner ID#

09-01 ALEXANDER (4421 2303515 7)
New York, Queens, East Elmhurst,
11370

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
225 Cadman PLAZA, East, Brooklyn, Ny 11201

URGENT MATTER
ATTENTION: PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 4 2024 ★
BROOKLYN OFFICE



CERTIFIED MAIL

9589 0710 5270 1560 1427 87



Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ASTORIA, NY 11103
NOV 27, 2024
$7.10
11201
S2324M503667-05



PURPLE HEART
FOREVER USA